UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANDRE TRAHAN | CASE NO. 6:22-CV-00152 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| VIVIS CORPORATION | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, including consideration of the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Vivis Corporations's Motion to Dismiss for Lack of Personal Jurisdiction (Rec. Doc. 7) is GRANTED. The Complaint is hereby DISMISSED for lack of personal jurisdiction over Defendant.

Signed at Lafayette, Louisiana, this 25TH day of April, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE